IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00915-WJM-KLM

STACI HANAYIK,

    Plaintiff,

v.

MOTEL 6 OPERATING L.P., and
MOTEL 6 OLP,

    Defendants.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Joint Motion for Protective Order** [Docket No. 31; Filed September 26, 2012] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#31] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Stipulated Protective Order Concerning Confidential Information [#31-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Dated: September 26, 2012